# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00473-CV

**Quality Operating Company (f/k/a Quality Operating Company LLC)
d/b/a Bob's Containers, Appellant**

**v.**

**Michael Mueller, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-22-003658, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on October 12, 2023. After this Court granted appellant's motion requesting an extension of time to file its brief, appellant's brief was due October 26, 2023. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Prosecution

Filed: February 9, 2024